IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2500 WEST LOOP, INC. | § | CASE NO. 18-20459 |
| | § | (Chapter 11) |
| Debtor. | § | |

## NOTICE OF USURY VIOLATIONS

COMES NOW, Mokaram-Latif West Loop, Ltd. ("ML"), the payee on a May 17, 2006, $6,000,000.00 promissory note originally payable to Capital One, N.A., which has allegedly been assigned to 2500 West Loop, Inc. (the "Debtor") and files this its Notice of the Debtor's Usury Violations.

Be advised, pursuant to Texas Finance Code Section 305.006(b), relating to that certain Extension of Real Estate Note And Lien dated December 18, 2015, renewing and extending a promissory note dated May 17, 2006, that by your payoff statement dated as of August 16, 2018, a copy of which is attached as an exhibit hereto, you have charged usurious interest in the amount of $10,564,424.91.  As a convenience, ML has also attached hereto a copy of the Schedule 1 to the July 6, 2018 Purchase Agreement between the Debtor and Capital One., N.A.

In particular, the charge of usurious interest includes the following elements:

| | |
|---|---:|
| 1) Difference between alleged principal amount charged and amount actually owed | $1,913,945.21 |
| 2) Alleged "Default Interest" | $6,791,829.52 |
| 3) Undue and unearned Attorneys' fees | $1,472,627.05 |
| 4) Undue and unearned Prepayment fee | <u>$386,023.13</u> |
| | $10,564,424.91 |

1

Section 305.103(a)(1) of the Texas Finance Code allows 60 days from your receipt of this notice within which to correct the above violations.

                          HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael J. Durrschmidt
      Michael J. Durrschmidt
      Texas Bar No. 06287650
      Victoria N. Argeroplos
      Texas Bar No. 24105799
      1415 Louisiana, Floor 36
      Houston, Texas 77002
      Telephone: 713-220-9165
      Facsimile:  713-223-9319
      E-mail: mdurrschmidt@hirschwest.com
      E-mail: vargeroplos@hirschwest.com

**ATTORNEYS FOR MOKARAM-LATIF WEST LOOP, LTD.**

## CERTIFICATE OF SERVICE

I, Michael J. Durrschmidt, hereby certify that on the 9th day of November, 2018, a copy of the foregoing Notice of Appearance of Counsel was served via first class mail, postage prepaid, and/or via the Clerk of the Court through the ECF system.

/s/ Michael J. Durrschmidt
Michael J. Durrschmidt

20180711.20180711/3150827.1