WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| Main Case No: **18-20459** | Name of Debtor: **2500 West Loop, Inc.** |
| Adversary No: **N/A** | Style of Adversary: **N/A** |
| | |
| Witnesses: | |
| **Osama Abdullatif** | Judge: **Jones** |
| **Beth Mendez** | |
| **Brad Parker** | Hearing Date: **January 28, 2019** |
| **Michael Lowenberg** | Hearing Time: **2:15pm** |
| **Rebuttal Witnesses** | Party's Name: **2500 West Loop, Inc.** |
| **Impeachment Witnesses** | Attorney's Name: **Johnie Patterson** |
| | Attorney's Phone: **713.956.5577** |
| | Nature of Proceeding: *Motion To Dismiss* |
| | |
| | |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Schedules | | | | |
| 2. | Order Appointing Special Master | | | | |
| 3. | Order Amending The Authority Of Special Master | | | | |
| 4. | Second Amended Petition (State Court 2017-50232) | | | | |
| 5. | | | | | |
| 6. | *[Exhibits Identified By Movant]* | | | | |
| 7. | | | | | |
| | ***Rebuttal/Impeachment Exhibits*** | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |