IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| 2500 WEST LOOP, INC. § | CASE NO. 18-20459 |
| § | (Chapter 11) |
| Debtor. § | |
| § | |

**MOKARAM-LATIF WEST LOOP, LTD.'S**
**WITNESS AND EXHIBIT LIST FOR 1-28-19 HEARING**
(Relates to Doc. 28)

| Main Case Number: 18-20459 | **Name of Debtor**: 2500 West Loop, Inc. |
|---|---|
| **Witnesses:** | **Judge**:  David Jones |
| Osama Abdullatif | **Courtroom Deputy**:  Vriana Portillo |
| Beth Mendez | **Hearing Date:  January 28, 2019** |
| Brad Parker | **Hearing Time:  2:15 p.m.** |
| Michael Lowenberg | **Party's Name**:  Mokaram-Latif West Loop, Ltd. |
| | **Attorney's Name**:  Michael J. Durrschmidt |
| | **Attorney's Phone Number**:  713/220-9165 |

## MOTION TO BE HEARD

1. Mokaram-Latif West Loop, Ltd.'s Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b) (Doc. 28)

## EXHIBITS

| Exh. No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | 9/28/18 Temporary Injunction Order & Finding of Fact & Conclusions of Law, 333rd Judicial District Court | | | | |
| 2. | 8/30/18 Order granting Motion to Remand, signed by Judge Werlein | | | | |
| 3. | Schedule 1 Loan Information as of July 6, 2018 | | | | |

1

| Exh. No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 4. | June 15, 2018 Statement from Capital One | | | | |
| 5. | Payoff Statement as of 8/16/18 signed by David Drumm | | | | |
| 6. | 7/28/17 Debtor's [Brad Parker] letter to tenants directing lease payments to Debtor | | | | |
| 7. | 8/1/18 ML transmittal of rent payment for July 2018 & August 2018 | | | | |
| 8. | 8/2/18 Meade demand to be informed of alleged events of default | | | | |
| 9. | 8/6/18 Abdullatif requesting payoff & events of alleged defaults | | | | |
| 10. | 10/3/18 HW Engagement letter | | | | |
| 11. | 10/26/18 2500 West Loop, Inc. Bankruptcy Schedules; Doc. 7; 18-20459 | | | | |
| 12. | 10/26/18 2500 West Loop, Inc. Statement of Financial Affairs; Doc. 8; 18-20459 | | | | |
| 13. | 18-20459 Docket | | | | |
| 14. | 8/27/18 Notice of Removal; 18-CV-02666; Doc. 10 | | | | |
| 15. | 8/28/18 Notice of Withdrawal of Docket Entry 10; 18-CV-02666; Doc. 11 | | | | |
| 16. | 8/28/18 Notice of Removal; 18-CV-02965; Doc. 1 | | | | |
| 17. | 8/30/18 Order of Remand; 18-CV-2965; Doc. 6 | | | | |

20180711.20180711/3203199.1

| Exh. No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 18. | 9/28/18 Temporary Injunction; Cause 2017-50232; In the 333rd Judicial District Court, Harris County, Texas | | | | |
| 19. | Debtor Application to Employ Walker & Patterson; Doc. 11 | | | | |
| 20. | Order Authorizing Employment of Walker & Patterson; Doc. 20 | | | | |
| 21. | 12/18/15 Extension of Real Estate Note & Lien | | | | |

Respectfully submitted this 24th day of January, 2019.

HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael J. Durrschmidt
Michael J. Durrschmidt
Texas Bar No. 06287650
Victoria N. Argeroplos
Texas Bar No. 24105799
1415 Louisiana, Floor 36
Houston, Texas 77002
Telephone: 713-220-9165
Facsimile: 713-223-9319
E-mail: mdurrschmidt@hirschwest.com
E-mail: vargeroplos@hirschwest.com
**ATTORNEYS FOR MOKARAM-LATIF WEST LOOP, LTD.**

## CERTIFICATE OF SERVICE

I, Michael J. Durrschmidt, hereby certify that on the 24th day of January, 2019, a copy of the foregoing instrument was served through the ECF system and/or first class mail, postage prepaid.

*/s/ Michael J. Durrschmidt*
Michael J. Durrschmidt

20180711.20180711/3203199.1